IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
5:03CR4

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RODERICK WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's "Motion Appealing Denial of Recusal (Reconsideration)." The Court will construe this motion as a motion for reconsideration and deny Defendant's request.

On April 12, 2005, this Court denied Defendant's motion requesting the recusal of Judge Richard L. Voorhees of the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. §144 and 28 U.S.C. §455. Defendant claimed that Judge Voorhees was biased against him, but this Court disagreed.

Defendant again asserts that Judge Voorhees is biased against him, and Defendant asks that this Court reconsider its decision denying his request for recusal. Again, after careful consideration of Defendant's motion, the arguments presented, and relevant law, this court holds that Judge Voorhees should not be required to recuse himself from Defendant's case. This Court finds that none of Defendant's allegations establish that Judge Voorhees maintains a personal bias or prejudice concerning either party.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion Appealing Denial of Recusal (Reconsideration)" is **DENIED**.

This the 27 day of April, 2005.

*Graham C. Mullen*
Graham C. Mullen, Chief Judge
United States District Court