# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL DOCKET NO.: 5:03CR4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **RODERICK WILLIAMS (8),** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's six (6) Motions for New Trial [Documents # 585, 586, 587, 588, 589, 590], Motion for Reconsideration of Motion Requesting Copy of Electronic Sound/Audio Recording of Suppression Hearing on July 6 and Trial Testimony on July 20, 2004 [Document # 591], all filed October 26, 2005, and Defendant's Affidavits in Support of Motion for New Trial [Documents ## 593, 595], filed November 15, 2005 and November 17, 2005.

Defendant's Motions do not provide any new allegations than those made by Defendant in the thirty *pro se* Motions, which the Court denied in its Order filed October 18, 2005. Consequently, for the reasons stated in the Court's October 18, 2005 Order, Defendant's Motions for New Trial and Motion for Reconsideration are <u>denied</u>. Moreover, Defendant is advised that repetitive filing of the same meritless allegations are not permitted in this Court. Therefore, Defendant is sternly warned that he is not to file any further *pro se* Motions that address the same arguments and allegations that he has previously made to this Court.[1]

**IT IS, THEREFORE, ORDERED** that Defendant's six (6) Motions for New Trial

---

[1]As this Court previously stated in its October 18, 2005 Order, the majority of Defendant's Motions relate to evidentiary issues, which are not properly before this Court and must be raised by Defendant on appeal *after* sentencing.

[Documents # 585, 586, 587, 588, 589, 590] and Motion for Reconsideration of Motion Requesting Copy of Electronic Sound/Audio Recording of Suppression Hearing on July 6 and Trial Testimony on July 20, 2004 [Document # 591] are all hereby **DENIED**.

**Signed: November 18, 2005**

Richard L. Voorhees
United States District Judge