# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL DOCKET NO.: 5:03CR4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RODERICK WILLIAMS (8), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Subpoena of Witnesses, filed November 15, 2005. Defendant is apparently asking that Jay Lee Sturgis be subpoenaed to appear at the sentencing hearing in this matter. Although Defendant will be permitted to present evidence, including the testimony of witnesses, at his sentencing hearing, Defendant has been previously advised that his stand-by counsel, Calvin Murphy, will assist Defendant in preparing and issuing subpoenas. Consequently, Defendant is reminded that he must contact his stand-by counsel in order to subpoena witnesses to appear at the sentencing hearing. Therefore, the Court will not address Defendant's Motion at this time.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Subpoena of Witnesses is **DENIED** as premature.

The Clerk is directed to send copies of this Order to Defendant, defense counsel, and the United States Attorney.

**Signed: November 18, 2005**

Richard L. Voorhees
United States District Judge