# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL DOCKET NO.: 5:03CR4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RODERICK WILLIAMS (8), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Audio Tapes of Proceedings, filed May 8, 2006.[1]

On May 9, 10, 17, 30, and 31, 2005, Defendant filed various *pro se* Motions Requesting Production of Audio Tapes, which the Court denied in an Order dated October 18, 2005. Defendant's current Motion does not provide any new allegations than those made by Defendant in his previous *pro se* Motions, which the Court denied. Consequently, for the reasons stated in the Court's October 18, 2005 Order, Defendant's Motion for Audio Tapes of Proceedings is denied.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Audio Tapes of Proceedings is hereby **DENIED**.

Signed: August 3, 2006

Richard L. Voorhees
United States District Judge

---

[1]The Court notes that on May 1, 2006, Defendant filed a *pro se* Motion for Copies of Original Audio Recordings. Then, on May 8, 2006, Defendant's attorney filed the instant Motion, in which he incorporated Defendant's May 1, 2006 *pro se* Motion. Therefore, this Order is in response to both the May 1, 2006 and the May 8, 2006 Orders.